144

**Margaret Holmes DAVIS, Appellant, v. B. C. SCHRAM, Rec'r of First National Bank— Detroit, a National Banking Ass'n.**

No. 8216.

Circuit Court of Appeals, Sixth Circuit.

March 14, 1940.

Lucking, Van Auken & Sprague, of Detroit, Mich., for appellant.

Nichols, Wood, Marx & Ginter, of Cincinnati, Ohio, for appellee.

Before HICKS, ALLEN, and ARANT, Circuit Judges.

PER CURIAM.

This case came on for hearing upon the record, briefs and arguments of counsel, and it appearing that it arises out of the same state of facts as Barbour v. Thomas, 6 Cir., 86 F.2d 510, a class suit decided by this Court, and it appearing that a motion that the Comptroller of the Currency of the United States be made a party to this suit was denied and no appeal taken therefrom, it is ordered and adjudged that the order and judgment of the District Court be affirmed.

**Chester GAINES and Theresa Gaines, Petitioners, v. GUY T. HELVERING, Commissioner of Internal Revenue, Respondent.**

No. 247.

Circuit Court of Appeals, Second Circuit.

April 22, 1940.

Frank E. Karelsen, Jr., of New York City (Karelsen & Karelsen and Frederick Baum, all of New York City, of counsel), for petitioners.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Maurice J. Mahoney, Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, AUGUSTUS N. HAND, and PATTERSON, Circuit Judges.

PER CURIAM.

Order affirmed upon the authority of Pierce v. Commissioner of Internal Revenue, 2 Cir., 100 F.2d 397, 121 A.L.R. 647.

**HAGGAR COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 9009.

Circuit Court of Appeals, Fifth Circuit.

April 20, 1940.

O. D. Brundidge, of Dallas, Tex., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Helen R. Carloss, Arthur A. Armstrong, and Sewall Key, Sp. Assts. to the Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John M. Morawski, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before SIBLEY, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

On the authority of Haggar Company v. Guy T. Helvering, Commissioner of Internal Revenue, 308 U.S. 389, 60 S.Ct. 337, 84 L.Ed. ——, decided January 2, 1940, our former decision reported in 104 F.2d 24, is set aside and the judgment of the United States Board of Tax Appeals is reversed and the cause remanded for further proceedings.